# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERBAN'S BACKGROUND MUSIC, INC., | 1:05cv1476 REC DLB |
| Plaintiff, | ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS PETITION TO QUASH IRS SUMMONSES AND COUNTER PETITION FOR SUMMARY ENFORCEMENT OF IRS SUMMONSES |
| v. | |
| FRED CHYNOWETH, et al., | |
| Defendants. | |

On November 21, 2005, Brian M. Richards, president of plaintiff Serban's Background Music filed a petition to quash summonses issued by the Internal Revenue Service. On May 1, 2006, defendants the United States of America and Revenue Agent Fred Chynoweth filed a motion to dismiss the petition and counter petition for summary enforcement of IRS summons. Defendants set the hearing on the motion to dismiss for June 2, 2006. On May 26, 2006, plaintiff filed a request for continuance of the hearing to July 3, 2006. The request for continuance is also signed by Mr. Richards, president of plaintiff. There is no indication that Mr. Richards is an attorney.

A "corporation may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony*, 506 U.S. 194, 202, 113 S.Ct. 716, 721 (1993); *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *see Osborn v. President of Bank of United States*, 9 Wheat. 738, 829, 6 L.Ed. 204 (1824); *Turner v. American Bar Ass'n*,

1  407 F.Supp. 451, 476 (N.D. Tex. 1975) (citing the "long line of cases" from 1824 to the present
2  holding that a corporation may only be represented by licensed counsel).  All artificial entities
3  must appear in federal court through counsel.  *Rowland*, 506 U.S. at 202, 113 S.Ct. at 721.  This
4  Court's Local Rule 83-183(a) provides: "A corporation or other entity may appear only by an
5  attorney."
6      Plaintiff pursues neither this action nor its request for continuance through licensed
7  counsel.  Accordingly, defendants' motion to dismiss is continued to July 21, 2006 at 9:00 a.m.
8  in Courtroom 9.  Prior to the hearing, plaintiff shall secure representation of licensed counsel to
9  appear for plaintiff in this action.  Plaintiff's failure to secure licensed counsel will result in a
10 recommendation that this action be dismissed.
11     IT IS SO ORDERED.
12     **Dated:   June 1, 2006**                     **/s/ Dennis L. Beck**
   3b142a                                              UNITED STATES MAGISTRATE JUDGE